# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Martin Garcia,

Plaintiff,

v.

Alexander Mayorkas, Secretary, United States Department of Homeland Security,

Defendants,

Case No. 21 C 405

Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendant
in the amount of

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendants Alexander Mayorkas, Secretary, United States Department of Homeland Security

and against plaintiff Martin Garcia

Defendants shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Joan H. Lefkow presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☐ decided by Judge

Date: 3/21/2024

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk